# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CASCADE MAVERICK LACROSSE, LLC | * |
| *Plaintiff*, | * |
| v. | * Civil Case No. RDB-17-3017 |
| LAX WORLD, LLC, *et al.* | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM ORDER

On February 7, 2018, this Court approved a Consent Judgment between the Plaintiff and Defendant Lax World, LLC. (ECF No. 17-1.) The remaining individual Defendants, Frank Barbarino, Michael P. Stewart, and Robert Martino, are currently engaged in bankruptcy proceedings, and the claims against them in this Court have been stayed. (ECF Nos. 14, 15, 20.)

It is therefore ORDERED that the Clerk of this Court ADMINISTRATIVELY CLOSE this case until the bankruptcy proceedings against the Defendants have been resolved.

Dated: February 13, 2018

                                                                     /s/
                                               Richard D. Bennett
                                               United States District Judge